## Noce Smith v. The State.

No. 5689.   Decided February 25, 1920.

**Theft—Charge of Court—Statement of Facts—Practice on Appeal.**

In the absence of a statement of facts, an objection to the charge of the court cannot be considered on appeal.

Appeal from the Criminal District Court of Dallas.   Tried below before the Hon. C. A. Pippen, judge.

Appeal from a conviction of theft; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State— Cited: Jenkins v. State, 59 Texas Crim. Rep., 475;   Harris v. State, 72 Texas Crim. Rep., 491, 162 S. W. Rep., 1147.

DAVIDSON, Presiding Judge.—Appellant was convicted of theft of personal property and awarded five years in the penitentiary.

There were objections to the charge, but they cannot be intelligently revised or understood without the statement of facts, which is not incorporated in nor does it accompany the record.   As the record presents the matter these matters cannot be considered. The charges may have been proper and in accord with the facts.   We are unable at least to revise these exceptions without the evidence.

The judgment, therefore, will be affirmed.

*Affirmed.*